**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| IMPLICIT, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | Civil Action No.  6:16-CV-00078-JRG |
| v. § | |
| § | |
| NEC CORPORATION OF AMERICA, § | |
| § | |
| *Defendant*. § | |

# ORDER

Before the Court is Plaintiff's Emergency Motion for Extension of Time to Respond to Defendant NEC's Motion to Transfer Venue (Dkt. No. 25) (the "Motion").  Having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Implicit shall file/serve its Response to the Motion to Transfer either: (A) within ten (10) days after the Court denies Implicit's Motion for Leave to Take Venue Discovery (Dkt. No. 26); or (B) within ten (10) days after Implicit completes its venue discovery if the Motion for Leave to Take Venue Discovery (Dkt. No. 26) is granted by the Court. The parties may serve and file reply and sur-reply briefs in accordance with Local Rule CV-7(f).

Further, it is hereby **ORDERED** that Defendant shall file its Response to Plaintiff's Motion for Leave to Take Venue Discovery (Dkt. No. 26) no later than **July 18, 2016**.

**So ORDERED and SIGNED this 14th day of July, 2016.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE